1078

[No. 68642-9-I.   Division One.   May 20, 2013.]

RANDALL KINCHELOE, *Appellant*, v. THE DEPARTMENT OF HEALTH, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 11-2-19357-8, Catherine D. Shaffer, J., entered March 23, 2012. *Affirmed* by unpublished opinion per Verellen, J., concurred in by Cox and Lau, JJ.

[No. 68672-1-I.   Division One.   May 20, 2013.]

*In the Matter of the Dependency of* S.C.P.

THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent*, v. LORRAINE REYES PAYTON, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 10-7-00970-8, Anita L. Farris, J., entered April 11, 2012. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Cox and Dwyer, JJ.

[No. 69370-1-I.   Division One.   May 20, 2013.]

GLORIA HOLCOMB, *Appellant*, v. TAREE COMMUNITY ASSOCIATION ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 06-2-02512-3, Jeanette Dalton, J., entered September 19, 2011. *Affirmed* by unpublished per curiam opinion.

[No. 41944-1-II.   Division Two.   May 21, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. DESHONE VERELL HERBIN, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 09-1-01928-6, Paula Casey, J., entered March 24, 2011. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Van Deren, J., concurred in by Worswick, C.J., and Penoyar, J.